IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0258

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JOSHUA PAUL SCARBOROUGH,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including October 2, 2020, within which to prepare, serve, and file its response brief.

**MPD**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 27 2020